UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLAUDE D. COLLINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-0895** |
| **BRUCE BENNET, JUDGE, ET AL** | **SECTION "S" (4)** |

### J U D G M E N T

The Court having approved and adopted the Report and Recommendation of the United States Magistrate Judge and having ordered the dismissal of the plaintiff's claims, and seeing no just cause for delay; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendants, Judge Bruce Bennett, Judge Jeff Morrison, the Tri-parish Drug Court of the 21st Judicial District Court, and against the plaintiff, Claude D. Collins, dismissing Collin's Title 42 U.S.C. § 1983 claims against these defendants with prejudice, and dismissing Collins's § 1983 claims against Randy Pinion and Bandy Pinion with prejudice until such time as the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met.

New Orleans, Louisiana, this ___16th___ day of _____April_____, 2007.

_____
UNITED STATES DISTRICT JUDGE